## INSURANCE CO. v. INGRAM, COMR. OF INSURANCE

No. 110 PC.

Case below: 25 N.C. App. 478.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 June 1975.

## LARUE v. AUSTIN-BERRYHILL, INC.

No. 114 PC.

Case below: 25 N.C. App. 408.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

## LITTLE v. BOARD OF ELECTIONS

No. 105 PC.

Case below: 25 N.C. App. 304.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

## McKNIGHT v. McKNIGHT

No. 93 PC.

Case below: 25 N.C. App. 246.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

## SMITH v. McCLURE

No. 102 PC.

Case below: 25 N.C. App. 280.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.